UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANK PATE,

     Petitioner,

v.                                     Case No. 3:20cv5857-LC-HTC

PENSACOLA NAVAL BASE CO,
M V JOSEPH,
DEPARTMENT OF THE NAVY,

     Respondents.

_____/

## ORDER

     The magistrate judge issued a Report and Recommendation on December 7, 2020 (ECF No. 12).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

     Having considered the Report and Recommendation, I have determined it should be adopted.

     Accordingly, it is **ORDERED**:

     1.    The magistrate judge's Report and Recommendation (ECF No. 12) is adopted and incorporated by reference in this order.

     2.    This matter is DISMISSED WITHOUT PREJUDICE for failure to

prosecute or failure to comply with a Court order.

4.      The clerk of court is directed to close this case.

**DONE AND ORDERED** this 6th day of January, 2021.


_s/L.A. Collier_

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**